1  **ROBERT MANN**
   **DONALD W. COOK**
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA  90010

4  (213) 252-9444 (voice) / (213) 252-0091 facsimile

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA, | Case No. 05-CV-01056 REC LJO |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL, PRETRIAL AND OTHER DATES; ORDER THEREON** |
| vs. | |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN SHERIFF MACK WIMBISH, KERN COUNTY DEPUTY SHERIFF J.L. ACEBEDO (#200047), CITY OF SHAFTER, SHAFTER POLICE DEPARTMENT, SHAFTER POLICE CHIEF JOHN ZROFSKY, SHAFTER POLICE OFFICERS CHRIS JACKSON, BRIAN ENGLISH, and DOES 1 through 10, inclusive, sued in both their individual and official capacities, | |
| Defendants. | |

TO THE HON. LAWRENCE J. O'NEILL, UNITED STATES MAGISTRATE JUDGE:

Through their respective attorneys of record the parties hereto request a continuance of approximately 120 days of the dates set in the Court's Scheduling Conference Order. Good cause is as follows:

- This case arises from plaintiff's August 15, 2003 arrest, in Shafter. The plaintiff contends he was subjected to excessive force during the course of his arrest, a claim defendants deny;

- On March 9, 2006, at his deposition plaintiff, in response to a request to produce, provided defendants with medical records showing that beginning on August 22, 2003, plaintiff was hospitalized and had surgery for injuries that plaintiff contends occurred during his August 15, 2003 arrest. Before receipt of the records and plaintiff's deposition, defendants had been unaware of plaintiff's hospitalization, or the injuries he claimed he sustained. (Through oversight, plaintiff's counsel did not served his client's Rule 26(a) initial disclosures until March 22, 2006.)

- Presently, the date for serving initial expert reports is April 3, 2006. Before receipt of the medical records received March 9, 2006, defendants did not anticipate a need for Rule 26(a)(2)(B) expert reports. Given the newly disclosed medical records and information, defendants will need to consult with medical experts and anticipate a need to designate same. There is insufficient time to accomplish this task by April 3, 2006, the deadline for serving expert reports.

- Because of the issues raised by plaintiff's injuries, the medical records and the need to consult medical experts, the parties have not been able to engage meaningfully in a settlement conference.

///

///

///

///

///

///

Wherefore, the parties request that the dates set in the scheduling order be continued 120 days.

DATED: March 16, 2006

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

/S/

By_____
Donald W. Cook

DATED: March 28, 2006

**WALL, WALL & PEAKE**
Attorneys for Defendants City of Shafter,
Shafter Police Dept., Chief John Zrofsky,
Officers Chris Jackson and Brian English

/S/

By_____
Larry F. Peake

DATED: March 16, 2006

**B.C. BARMANN, SR., COUNTY COUNSEL**
Attorney for Defendants County of Kern,
Kern County Sheriff's Dept., Sheriff Mark Wimbish,
and Deputy Sheriff J.L. Acebedo

/S/

By_____
Andrew C. Thomson
Deputy County Counsel

# O R D E R

Upon the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

Expert disclosure date is continued to July 31, 2006 (previous date was April 3,

2006).

Supplemental Expert disclosure is continued to August 14, 2006 (previous date was April 17, 2006).

Nonexpert Discovery Cutoff and hearing deadline for nonexpert discovery motions is continued to August 18, 2006, 2006 (previous date was April 21, 2006).

Expert Discovery Cutoff and hearing deadline for expert discovery motions is continued to September 15, 2006 (previous date was May 19, 2006).

Pretrial motion filing deadline is continued to October 2, 2006 (previous date was June 2, 2006).

Pretrial motion hearing deadline is continued to November 6, 2006 (previous date was July 14, 2006).

Settlement conference date is reset for November 6, 2006 at 9 a.m. in Department 8 (LJO).  If desired, the parties may jointly request an earlier settlement conference by telephoning the Court at (559) 499-5680.

Pretrial conference is continued to December 11, 2006 at 8:30 a.m. in Department 8 (LJO).

Jury trial is continued to January 23, 2007 at 10 a.m. in Department 1 (REC).

IT IS SO ORDERED.

**Dated:   March 31, 2006**            **/s/ Lawrence J. O'Neill**
66h44d                                             UNITED STATES MAGISTRATE JUDGE