**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants, County of Kern,**
**Kern County Sheriff's Department,**
**Kern County Sheriff Mack Wimbish,**
**Kern County Deputy Sheriff J. L. Acebedo**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN SHERIFF MACK WIMBISH, KERN COUNTY DEPUTY SHERIFF J.L. ACEBEDO (#200047), CITY OF SHAFTER, SHAFTER POLICE DEPARTMENT, SHAFTER POLICE CHIEF JOHN ZROFSKY, SHAFTER POLICE OFFICERS CHRIS JACKSON, BRIAN ENGLISH, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>　　　　　Defendants. | CASE NO.  05-CV-01056 REC LJO<br><br>**STIPULATION RE: WITHDRAWAL OF COUNTY'S MOTION FOR JUDGMENT ON THE PLEADINGS;  ORDER** |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the Motion for Judgment on the Pleadings by defendants', County of Kern, Kern County Sheriff's Department which is an integral agency of the County, Kern

---

Stipulation re: Withdrawal of County's Motion for Judgment on the Pleadings; [Proposed] Order

1

1  County Sheriff Mack Wimbish and Deputy J. L. Acebedo, may be withdrawn and the May

2  8, 2006, hearing date may be vacated.

3  Dated: May 2, 2006                                 DONALD W. COOK

5                                                    By    /s/ Donald W. Cook
                                                     Donald W. Cook, Esq.
6                                                    Attorney for Plaintiff, Jose Trinidad
                                                     Lara Urbina

8  Dated: May 3, 2006                                B.C. BARMANN, SR., COUNTY COUNSEL

10                                                   By     /s/ Andrew C. Thomson
                                                     Andrew C. Thomson, Deputy
11                                                   Attorney for defendants, County of Kern,
                                                     Kern County Sheriff's Department,
12                                                   Kern County Sheriff Mack Wimbish, and
                                                     Kern County Deputy Sheriff J. L. Acebedo

14  Dated: May 1, 2006                               WALL, WALL & PEAKE

16                                                   By    /s/ Larry F. Peake
                                                     Larry F. Peake, Esq.
17                                                   Attorney for defendants, City of Shafter,
                                                     Shafter Police Department, John
18                                                   Zrofsky, Chris Jackson and Brian English

20                                           **ORDER**

21     IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings by

22  defendants', County of Kern, Kern County Sheriff's Department, Kern County Sheriff Mack

23  Wimbish and Deputy J. L. Acebedo, is deemed withdrawn and the hearing date of May 8,

24  2006, is vacated.

25  Dated: May __3__, 2006                           By    /s/ ROBERT E. COYLE
                                                     Robert E. Coyle, Judge
26  #05cv1056.wpd                                    United States District Court

28  Stipulation re: Withdrawal of County's Motion for Judgment on the Pleadings; [Proposed] Order

2