**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants, County of Kern,**
**Kern County Sheriff's Department,**
**Kern County Sheriff Mack Wimbish,**
**Kern County Deputy Sheriff J. L. Acebedo**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN SHERIFF MACK WIMBISH, KERN COUNTY DEPUTY SHERIFF J.L. ACEBEDO (#200047), CITY OF SHAFTER, SHAFTER POLICE DEPARTMENT, SHAFTER POLICE CHIEF JOHN ZROFSKY, SHAFTER POLICE OFFICERS CHRIS JACKSON, BRIAN ENGLISH, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>　　　　　　　Defendants. | **CASE NO.  05-CV-01056 REC LJO**<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANT J. L. ACEBEDO;  ORDER** |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to the complaint of Plaintiff, Jose Trinidad Lara

---

Stipulation re: Dismissal of Defendant J. L. Acebedo; [Proposed] Order

1

Urbina, against Defendant, J. L. Acbedo.

IT IS FURTHER STIPULATED that all parties hereby waive their costs as to plaintiff's dismissal of Defendant J. L. Acebedo.

Dated: May 2, 2006        DONALD W. COOK

By    /s/ Donald W. Cook
Donald W. Cook, Esq.
Attorney for Plaintiff, Jose Trinidad Lara Urbina

Dated: May 3, 2006        B.C. BARMANN, SR., COUNTY COUNSEL

By    /s/ Andrew C. Thomson
Andrew C. Thomson, Deputy
Attorney for defendants, County of Kern, Kern County Sheriff's Department, Kern County Sheriff Mack Wimbish, and Kern County Deputy Sheriff J. L. Acebedo

Dated: April 21, 2006        WALL, WALL & PEAKE

By    /s/ Larry F. Peake
Larry F. Peake, Esq.
Attorney for defendants, City of Shafter, Shafter Police Department, John Zrofsky, Chris Jackson and Brian English

## **ORDER**

IT IS HEREBY ORDERED that defendant, J. L. Acebedo, is dismissed with prejudice, all parties to bear their own costs.

Dated: May __3__, 2006        By  /s/ ROBERT E. COYLE
Robert E. Coyle, Judge
United States District Court

#05cv1056dism.wpd

Stipulation re: Dismissal of Defendant J. L. Acebedo; [Proposed] Order