1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Andrew C. Thomson, Deputy (Bar # 149057)**
   **County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:  (661) 868-3805**
5
   **Attorney for Defendants, County of Kern,**
6  **Kern County Sheriff's Department and**
   **Kern County Sheriff Mack Wimbish**
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  JOSE TRINIDAD LARA URBINA,          | **CASE NO.  05-CV-01056 OWW LJO**

13                       Plaintiff,

14       v.                             | **STIPULATION TO CONTINUE**
                                        | **SETTLEMENT CONFERENCE; ORDER**
15  COUNTY OF KERN, KERN COUNTY
16  SHERIFF'S DEPARTMENT, KERN
    SHERIFF MACK WIMBISH, KERN
17  COUNTY DEPUTY SHERIFF J.L.
    ACEBEDO (#200047), CITY OF
18  SHAFTER, SHAFTER POLICE
    DEPARTMENT, SHAFTER POLICE
19  CHIEF JOHN ZROFSKY, SHAFTER
    POLICE OFFICERS CHRIS JACKSON,
20  BRIAN ENGLISH, and DOES 1 through
    10, inclusive, sued in both their
21  individual and official capacities,

22                       Defendants.

23

24       IT IS HEREBY STIPULATED, by and between the parties to this action through their

25  designated counsel, that the settlement conference in this matter may be continued from

26  November 6, 2006, at 9:00 a.m., to November 9, 2006, at 9:00 a.m., in Courtroom 8 of the

27

28  Stipulation to Continue Settlement Conference; [Proposed] Order

                                       1

1   United States District Court, Eastern District of California, before the Honorable Lawrence

2   J. O'Neill, Magistrate Judge.

3   Dated: August 24, 2006                    DONALD W. COOK

4

5                                             By____/s/ Donald W. Cook_____

6                                                Donald W. Cook, Esq.
                                                 Attorney for Plaintiff, Jose Trinidad
7                                                Lara Urbina

8   Dated: August 30, 2006                    B.C. BARMANN, SR., COUNTY COUNSEL

9

10                                            By____/s/ Andrew C. Thomson_____

11                                               Andrew C. Thomson, Deputy
                                                 Attorney for defendants, County of Kern,
                                                 Kern County Sheriff's Department and
12                                               Kern County Sheriff Mack Wimbish

13

14  Dated: August 23, 2006                    WALL, WALL & PEAKE

15

16                                            By____/s/ Larry F. Peake_____

17                                               Larry F. Peake, Esq.
                                                 Attorney for defendants, City of Shafter,
                                                 Shafter Police Department, John
18                                               Zrofsky, Chris Jackson and Brian English

19

20                                  **ORDER**

21          IT IS HEREBY ORDERED that the settlement conference in this matter shall be

22  continued from November 6, 2006, to November 9, 2006, at 9:00 a.m., in Department 8 of

23  the above-entitled court.

24          IT IS SO ORDERED.

25  **Dated:   August 31, 2006**          _____/s/ Lawrence J. O'Neill_____
        66h44d                            UNITED STATES MAGISTRATE JUDGE
26

27  _____

28  Stipulation to Continue Settlement Conference; [Proposed] Order

                                    2