**WALL, WALL & PEAKE**
A PROFESSIONAL CORPORATION
1601 "F" STREET
P.O. BOX 2507
BAKERSFIELD, CALIFORNIA  93303-2507
TELEPHONE: (661) 327-8461

Larry F. Peake, SBN 082626
Attorney for Defendants, City of Shafter, Shafter Police Dept.,
Shafter Police Chief John Zrofsky, and
Shafter Police Officers Chris Jackson and Brian English

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA, | Case No. 1:05-CV-01056-OWW-LJO |
| Plaintiffs, | STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE DATE |
| vs. | |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN SHERIFF MACK WIMBISH, KERN COUNTY DEPUTY SHERIFF J. L. ACEBEDO (#200047), CITY OF SHAFTER, SHAFTER POLICE DEPARTMENT, SHAFTER POLICE CHIEF JOHN ZROFSKY, SHAFTER POLICE OFFICERS CHRIS JACKSON, BRIAN ENGLISH, and DOES 1 through 10, inclusive, sued in both their individual and official capacities, | |
| Defendants. | |

The parties to this action, by and through their respective attorneys, hereby stipulate and agree and request the Court to continue the present trial date from the date of January 23, 2007 to February 13, 2007 and the pre-trial conference date from December 11, 2006 to January 8, 2007 due to a calendaring conflict for defendants' attorney relating to a wrongful death case pending in Kern County Superior Court (Duncan vs. Merz, Kern County Superior Court Case No. S-1500-CV-257201-SPC).

IT IS SO STIPULATED:

DATED: November _____, 2006

By: _____
RONALD COOK, Attorney for
Plaintiff Jose Trinidad Lara Urbina

DATED:  November 28, 2006          WALL, WALL & PEAKE

By: _____
LARRY F. PEAKE, Attorneys for
Defendants

## **ORDER**

Based upon the Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY STIPULATED AND AGREED that the pre-trial conference in this matter will be continued to January 8, 2007 at 11:00 a.m. before Judge Oliver W. Wanger and the trial date to February 13, 2007 at 1:00 p.m. before Judge Oliver W. Wanger.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   November 28, 2006**           /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE