**WALL, WALL & PEAKE**
A PROFESSIONAL CORPORATION
1601 "F" STREET
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 327-8461

Larry F. Peake, SBN 082626
Attorney for Defendants, City of Shafter, Shafter Police Dept.,
Shafter Police Chief John Zrofsky, and
Shafter Police Officers Chris Jackson and Brian English

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN SHERIFF MACK WIMBISH, KERN COUNTY DEPUTY SHERIFF J. L. ACEBEDO (#200047), CITY OF SHAFTER, SHAFTER POLICE DEPARTMENT, SHAFTER POLICE CHIEF JOHN ZROFSKY, SHAFTER POLICE OFFICERS CHRIS JACKSON, BRIAN ENGLISH, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>　　　　　　　Defendants. | Case No. 05-CV-01056 REC-LJO<br><br>ORDER OF COURT DENYING PLAINTIFF'S MOTION IN LIMINE NO. 4 AND ALLOWING FURTHER EXPERT DISCLOSURE AND DEPOSITIONS OF MEDICAL EXPERTS |

At 10:00 a.m. on May 14, 2007, plaintiff's Motion in Limine No. 4 to exclude the testimony of Dr. Peter Orner and Joe Callanan from testifying came on for further hearing. Attorney Donald Cook appeared on behalf of Plaintiff Jose Trinidad Lara Urbina. Larry F. Peake and David Overstreet appeared on behalf of the City of Shafter, Shafter Police Department, Shafter Police Chief John Zrofsky, and Shafter Police Officers Chris Jackson and Brian English.

After review of the materials submitted by the parties, and consideration of the arguments

-1-

ORDER OF COURT DENYING PLAINTIFF'S MOTION IN LIMINE NO. 4 AND ALLOWING FURTHER EXPERT DISCLOSURE AND DEPOSITIONS OF MEDICAL EXPERTS

1  of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

2      1.    Plaintiff's motion in limine that Dr. Peter Orner and/or Joe Callanan shall not be
3  allowed to testify at the trial as this matter is denied;

4      2.    Defendants City of Shafter, et al., may designate a further medical expert on
5  medical issues provided such designation is made on or before July 15, 2007;

6      3.    The deposition of any further medical expert as may be designated by Defendants
7  City of Shafter, et al., shall be set and taken by plaintiff's attorney on or before August 10, 2007;

8      4.    Plaintiff may designate a courter/rebuttal medical expert on or before August 25,
9  2007;

10     5.    Defendants may depose any such medical expert as may be designated by plaintiff
11 on or before September 10, 2007;

12     6.    No further pretrial order or proceedings in such regard will be required of the
13 parties; and

14     7.    This matter will proceed to trial on September 18, 2007 at 9:00 a.m. in Department
15 3, Seventh Floor of the above-entitled court.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                               **/s/ Oliver W. Wanger**
                                                                         UNITED STATES DISTRICT JUDGE

-2-

ORDER OF COURT DENYING PLAINTIFF'S MOTION IN LIMINE NO. 4 AND ALLOWING FURTHER EXPERT DISCLOSURE AND DEPOSITIONS OF MEDICAL EXPERTS