IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendant. | No. CV-F-05-1056 OWW/NEW<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER FINAL JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANTS CITY OF SHAFTER, BRIAN ENGLISH, JOHN ZORSKY, AND CHRIS JACKSON PURSUANT TO PLAINTIFF'S REQUESTS TO ENTER JUDGMENT ON RULE 68 OFFERS (Docs. 97, 98, 99 & 101) |

Plaintiff Jose Trinidad Lara Urbina has filed requests for entry of judgment pursuant to Rule 68, Federal Rules of Civil Procedure in favor of Plaintiff and against Defendants City of Shafter, Brian English, John Zorsky, and Chris Jackson in the following amounts:

    A.   Defendant City of Shafter - $1,000.00

    B.   Defendant Brian English - $1,000.00

    C.   Defendant John Zorsky - $1,000.00

1

     **D.   Defendant Chris Jackson - $22,000.00**

**These amounts are inclusive of any claims for court costs, interest, and attorneys' fees.**

     **The Clerk of the Court is directed to enter FINAL JUDGMENT in favor of Plaintiff and against Defendants City of Shafter, Brian English, John Zorsky, and Chris Jackson in the following amounts:**

     **A.   Defendant City of Shafter - $1,000.00**

     **B.   Defendant Brian English - $1,000.00**

     **C.   Defendant John Zorsky - $1,000.00**

     **D.   Defendant Chris Jackson - $22,000.00**

IT IS SO ORDERED.

**Dated:   September 26, 2007**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE