**FILED**
**JUDGMENT ENTERED**

_____Sept. 26, 2007_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California
__XX____ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE TRINIDAD LARA URBINA,

    Plaintiff,

vs.

COUNTY OF KERN,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-1056-OWW NEW

    Pursuant to the requests for entry of judgment pursuant to Rule 68, Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiff and against defendants City of Shafter, Brian English, John Zorsky and Chris Jackson in the following amounts:

    A.   Defendant City of Shafter - $1,000.00

    B.   Defendant Brian English - $1,000.00

    C.   Defendant John Zorsky - $1,000.00

    D.   Defendant Chris Jackson - $22,000.00

    These amounts are inclusive of any claims for court costs, interest and attorneys' fees.

DATED:

                                      VICTORIA C. MINOR, Clerk

                                      /S/ G. Lucas

                        By:
                                      Deputy Clerk

jgm.civ
2/1/95