**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE TRINIDAD LARA URBINA, | ) | 1:05-cv-1056 OWW NEW |
| | ) | |
| Plaintiff, | ) | ORDER FOR SATISFACTION OF |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| COUNTY OF KERN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Motion of Defendants City of Shafter, Brian English, John Zorsky and Chris Jackson came on for hearing January 7, 2008, in Courtroom 3 of the above-captioned court, the Hon. Oliver W. Wanger presiding.

Plaintiff filed no opposition and did not appear at the hearing. Upon proof satisfactorily made to the Court, all Defendants have paid in full, and Plaintiff has received, the entire settlement consideration of $25,000 on or about October 22, 2007. Defendants have requested that Plaintiff execute a satisfaction of judgment to be filed to evidence payment of the judgment in full. Plaintiff has not responded.

IT IS ORDERED that the judgment in this case entered by stipulation of the parties after a full and complete settlement

1

of the case, which included any sums for liability, attorneys' fees, court costs and any other expenses of any kind or nature, has been fully satisfied as to Defendants City of Shafter, Defendant Brian English, Defendant John Zorsky, and Defendant Chris Jackson.

This satisfaction of judgment may be recorded in any federal or local jurisdiction to evidence the full performance and payment of the required settlement amount.

IT IS SO ORDERED.

Dated:   January 9, 2008              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE